# Exhibit A

Electronically FILED by Superior Court of California, County of Riverside on 01/06/2025 04:45 PM
Case Number CVRI2406032 0000115842316 - Jason B. Galkin, Executive Officer/Clerk of the Court By Brian Votruba, Clerk

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

| | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
FORTOP BIKE ACCESSORIES, AMAZON.COM, INC., TWINKLE, INNOLIFE, AND DOES 1 TO 25, INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
EMMA MARTINEZ, a minor by and through her Guardian Ad Litem, SIMON MARTINEZ; SIMON MARTINEZ, as an individual, and ARELY MARTINEZ

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Riverside Historic Courthouse
4050 Main Street
Riverside CA 92501

**CASE NUMBER:**
*(Número del Caso):*
**CVRI2406032**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Sharona Eslamboly Hakim, Esq. SBN: 180998        (310) 289-9100
8730 Wilshire Blvd., Suite 500 Beverly Hills CA 90211

DATE: 1/6/2025          Clerk, by _____, Deputy
*(Fecha)*              *(Secretario)*                    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

GC68150(g)

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Amazon.com, Inc.

under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
       ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Exhibit A
Page 9

Electronically FILED by Superior Court of California, County of Riverside on 10/16/2024 12:10 PM
Case Number CVRI2406032 0000108374471 - Jason B. Galkin, Executive Officer/Clerk of the Court By Melinda Criel, Clerk

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Sharona Eslamboly Hakim, Esq. SBN: 180998<br>Law Offices of Sharona Eslamboly Hakim<br>8730 Wilshire Blvd., Suite 500 Beverly Hills CA 90211<br>TELEPHONE NO.: (310) 289-9100    FAX NO.: (310) 289-9101<br>EMAIL ADDRESS: geoffrey@sehlawfirm.com<br>ATTORNEY FOR *(Name)*: EMMA MARTINEZ,, SIMON MARTINEZ, and ARELY MARTINEZ, Plaintiffs | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside**
STREET ADDRESS: 4050 Main Street
MAILING ADDRESS: 4050 Main Street
CITY AND ZIP CODE: Riverside 92501
BRANCH NAME: Riverside Historic Courthouse

CASE NAME:
Martinez v. FORTOP Bike Accessories, et al

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $35,000). ☐ Limited (Amount demanded is $35,000 or less) | ☐ Counter ☐ Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | CVRI2406032<br>JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed. (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☑ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☑ monetary b. ☐ nonmonetary; declaratory or injunctive relief c. ☐ punitive
4. Number of causes of action *(specify)*: Five (5)
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: October 14, 2024

Sharona Eslamboly Hakim, Esq.
_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. January 1, 2024] | CIVIL CASE COVER SHEET | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courts.ca.gov |

Exhibit A
Page 10

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
   Damage/Wrongful Death
Uninsured Motorist (46) *(if the*
   *case involves an uninsured*
   *motorist claim subject to*
   *arbitration, check this item*
   *instead of Auto)*
**Other PI/PD/WD (Personal Injury/**
**Property Damage/Wrongful Death) Tort**
Asbestos (04)
   Asbestos Property Damage
   Asbestos Personal Injury/
     Wrongful Death
Product Liability *(not asbestos or*
   *toxic/environmental)* (24)
Medical Malpractice (45)
   Medical Malpractice–
     Physicians & Surgeons
   Other Professional Health Care
     Malpractice
Other PI/PD/WD (23)
   Premises Liability (e.g., slip
     and fall)
   Intentional Bodily Injury/PD/WD
     (e.g., assault, vandalism)
   Intentional Infliction of
     Emotional Distress
   Negligent Infliction of
     Emotional Distress
   Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
   Practice (07)
Civil Rights (e.g., discrimination,
   false arrest) *(not civil*
   *harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
   Legal Malpractice
   Other Professional Malpractice
     *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
   Breach of Rental/Lease
     Contract *(not unlawful detainer*
     *or wrongful eviction)*
   Contract/Warranty Breach–Seller
     Plaintiff *(not fraud or negligence)*
   Negligent Breach of Contract/
     Warranty
   Other Breach of Contract/Warranty
Collections (e.g., money owed, open
   book accounts) (09)
   Collection Case–Seller Plaintiff
   Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally*
   *complex)* (18)
   Auto Subrogation
   Other Coverage
Other Contract (37)
   Contractual Fraud
   Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
   Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
   Writ of Possession of Real Property
   Mortgage Foreclosure
   Quiet Title
   Other Real Property *(not eminent*
   *domain, landlord/tenant, or*
   *foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal*
   *drugs, check this item; otherwise,*
   *report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
   Writ–Administrative Mandamus
   Writ–Mandamus on Limited Court
     Case Matter
   Writ–Other Limited Court Case Review
Other Judicial Review (39)
   Review of Health Officer Order
   Notice of Appeal–Labor Commissioner
     Appeals

**Provisionally Complex Civil Litigation (Cal.**
**Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
   *(arising from provisionally complex*
   *case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
   Abstract of Judgment (Out of County)
   Confession of Judgment *(non-domestic*
     *relations)*
   Sister State Judgment
   Administrative Agency Award
     *(not unpaid taxes)*
   Petition/Certification of Entry of
     Judgment on Unpaid Taxes
   Other Enforcement of Judgment Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
   Declaratory Relief Only
   Injunctive Relief Only *(non-*
     *harassment)*
   Mechanics Lien
   Other Commercial Complaint
     Case *(non-tort/non-complex)*
   Other Civil Complaint
     *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
   Governance (21)
Other Petition *(not specified above)* (43)
   Civil Harassment
   Workplace Violence
   Elder/Dependent Adult Abuse
   Election Contest
   Petition for Name Change
   Petition for Relief From Late Claim
   Other Civil Petition

CM-010 [Rev. January 1, 2024]   **CIVIL CASE COVER SHEET**   Page 2 of 2

Exhibit A
Page 11

Electronically FILED by Superior Court of California, County of Riverside on 10/16/2024 12:10 PM
Case Number CVRI2406032 0000108374469 - Jason B. Galkin, Executive Officer/Clerk of the Court By Melinda Criel, Clerk

Sharona Eslamboly Hakim, Esq., State Bar No.: 180998
Geoffrey Kasler, Esq., State Bar No.: 306223
LAW OFFICES OF SHARONA ESLAMBOLY HAKIM
8730 Wilshire Boulevard, Suite 500
Beverly Hills, California 90211
Telephone No.: (310) 289-9100
Facsimile No.: (310) 289-9101

Attorneys for Plaintiffs, EMMA MARTINEZ, a minor by and through her Guardian Ad Litem, SIMON MARTINEZ; SIMON MARTINEZ, as an individual, and ARELY MARTINEZ

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF RIVERSIDE

| | |
|---|---|
| EMMA MARTINEZ, a minor by and through her guardian ad litem, SIMON MARTINEZ; SIMON MARTINEZ, as an individual, and ARELY MARTINEZ <br><br> Plaintiffs, <br><br> v. <br><br> FORTOP BIKE ACCESSORIES, AMAZON.COM, INC., TWINKLE, INNOLIFE, AND DOES 1 TO 25, INCLUSIVE, <br><br> Defendants | Case No.:  CVRI2406032 <br><br> **COMPLAINT FOR DAMAGES** <br><br> 1. **STRICT LIABILITY** <br> 2. **BREACH OF WARRANTY** <br> 3. **NEGLIGENCE** <br> 4. **NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS** <br><br> **DEMAND FOR JURY TRIAL** |

COME NOW, Plaintiffs EMMA MARTINEZ, a minor by and through her guardian ad litem, SIMON MARTINEZ; SIMON MARTINEZ as an individual, and ARELY MARTINEZ, who by and through their attorney of record, make the following claims for damages and personal injuries against Defendants, and each of them as follows:

**GENERAL ALLEGATIONS**

1. The true names and/or capacities, whether individuals, corporate, associate or otherwise, of Defendants DOES 1 through 25, inclusive, and each of them, are unknown to Plaintiffs, who therefore sue said Defendants by such fictitious names. Plaintiffs are informed and believe and thereupon allege

1

**COMPLAINT FOR DAMAGES**

that Defendants, and each of them, fictitiously named herein as a DOE are legally responsible, negligently or in some other actionable manner, for the events and happenings hereinafter referred to, and thereby proximately caused the injuries and damages to Plaintiffs as herein alleged. Plaintiffs will seek leave of court to amend this Complaint and state the true names and/or capacities of said fictitiously named Defendants when the same have been ascertained.

2. Plaintiffs are informed and believe and thereupon allege that at all times mentioned herein, Defendants, including DOE 1 through 25, inclusive, and each of them, were the agents, servants, employees, and/or joint ventures of their codefendants, and each was, as such, acting within the course, scope and authority of said agency, employment and/or venture, and that each and every Defendant, as aforesaid, when acting as a principal, was negligent in the selection and hiring of each and every other Defendant as agent, employee and/or joint venture.

3. At all times herein mentioned, Plaintiffs EMMA MARTINEZ, a minor, SIMON MARTINEZ, and ARELY MARTINEZ were residents of the County of Riverside, State of California.

4. The Plaintiffs are informed and believe, and thereupon allege, that Defendant FORTOP BIKE ACCESSORIES is a California business entity, and all times relevant was transacting business within the State of California.

5. The Plaintiffs are informed and believes that Defendant AMAZON.COM, INC. is a corporation doing business in the state of California, who marketed and sold the defective product to Plaintiffs SIMON MARTINEZ and ARELY MARTINEZ, causing them and their daughter EMMA MARTINEZ to sustain injuries.

6. The Plaintiffs are informed and believe that Defendant TWINKLE is a business entity doing business in the State of California and that they manufactured products for FORTOP BIKE ACCESSORIES; TWINKLE created, manufactured, and sold the child's bike seat accessory at issue in this case.

7. The Plaintiffs are informed and believe that Defendant INNOLIFE is a business entity doing business in the State of California and that they manufactured and sold products for FORTOP BIKE ACCESSORIES; INNOLIFE created, manufactured, and sold the child's bike seat accessory at issue in this case.

2

**COMPLAINT FOR DAMAGES**

8. On or about October 18, 2022, at approximately 10:00 a.m., Plaintiffs SIMON MARTINEZ and ARELY MARTINEZ went for a bike ride together with their daughter, EMMA MARTINEZ, a minor, on the Cordova Trail in Beaumont, California. SIMON MARTINEZ had attached the FORTOP Bicycle Baby Kids Child Front Mount Seat USA Safely Carrier with Handrails (hereinafter "Baby Bike Seat") he purchased from AMAZON.COM, INC., to his Mongoose Malus Adult Fat Tire Mountain Bike, which had been purchased simultaneously from AMAZON.COM, INC. SIMON MARTINEZ had been riding with his daughter EMMA MARTINEZ in the seat attached to his bike, and they were riding alongside ARELY MARTINEZ. All of a sudden, SIMON MARTINEZ and ARELY MARTINEZ heard and noticed their daughter EMMA MARTINEZ scream out in pain when her left leg and foot caught on the front bike tire. The result of the subject incident was that Plaintiff EMMA MARTINEZ sustained physical injuries, and EMMA MARTINEZ, SIMON MARTINEZ, and ARELY MARTINEZ sustained permanent and severe emotional distress normally related to the subject incident and injuries sustained.

9. On or about October 18, 2022, as a proximate result of the negligent conduct of Defendants FORTOP BIKE ACCESSORIES, AMAZON.COM, INC., TWINKLE, INNOLIFE, AND DOES 1 TO 25, INCLUSIVE, and each of them, as aforesaid, Plaintiffs EMMA MARTINEZ, a minor, SIMON MARTINEZ, and ARELY MARTINEZ were greatly affected and thereby suffered severe debilitating injuries to their persons and severe emotional distress related to the subject accident and injuries.

## FIRST CAUSE OF ACTION

**[FOR STRICT LIABILITY AGAINST DEFENDANTS FORTOP BIKE ACCESSORIES, AMAZON.COM, INC., TWINKLE, INNOLIFE, AND DOES 1 TO 25, INCLUSIVE]**

10. Plaintiffs re-allege and hereby incorporate by reference every allegation contained in the proceeding paragraphs of this Complaint as if set forth in fully herein.

11. At all times relevant hereto, Defendants, and each of them, designed, engineered, developed, manufactured, fabricated, assembled, equipped, tested or failed to test, inspected or failed to inspect, repaired, retrofit or failed to retrofit, failed to recall, labeled, advertised, promoted, marketed, supplied, distributed, wholesaled, and sold the subject Baby Bike Seat and its component parts and constituents, which was intended by the Defendants FORTOP BIKE ACCESSORIES, AMAZON.COM, INC.,

3

**COMPLAINT FOR DAMAGES**

TWINKLE, INNOLIFE, and DOES 1 TO 25, INCLUSIVE, to be used to safely transport a baby while biking.

12. Defendants FORTOP BIKE ACCESSORIES, AMAZON.COM, INC., TWINKLE, INNOLIFE, and DOES 1 TO 25, INCLUSIVE, and each of them, knew that said Baby Bike Seat was to be purchased and used without inspection for defects by its owner, Plaintiffs and the general public.

13. The subject Baby Bike Seat was unsafe for its intended use by reason of defects in its manufacture, design, testing, components and constituents, so that it would not safely serve its purpose, but would instead expose the users of said product to serious injuries.

14. Defendants FORTOP BIKE ACCESSORIES, AMAZON.COM, INC., TWINKLE, INNOLIFE, and DOES 1 TO 25, INCLUSIVE, and each of them, designed the subject Baby Bike Seat and/or its component parts defectively, causing it to fail to perform as safely as an ordinary consumer would expect when used in an intended or reasonably foreseeable manner.

15. The risks inherent in the design of the subject Baby Bike Seat and/or its component parts outweigh significantly any benefit of such design.

16. Plaintiffs were not aware of the aforementioned defects at any time prior to the time of the subject incident on or about October 18, 2022.

17. As a direct and proximate result of the events, as aforesaid, Plaintiff EMMA MARTINEZ, a minor was hurt in her health, strength, and activity, sustaining severe shock and injuries to several parts of her body, all of which said injuries have caused, continue to cause, and will in the future cause this Plaintiff great physical and emotional pain and suffering; the Plaintiffs are informed and believe, and thereon allege, that said injuries are permanent in nature, all to their damage in a sum according to proof. Further, Plaintiffs SIMON MARTINEZ and ARELY MARTINEZ have been caused to sustain emotional pain and suffering associated with the trauma of witnessing the event.

18. As a direct and proximate result of the events, as aforesaid, Plaintiffs have been required to obtain medical services, medication and drugs, hospitalization and various sundry items, both present and future; that the exact amounts thereof are at this time unknown to Plaintiff, who therefore asks leave to prove, and if required by the Court, to amend this Complaint to show the exact amounts thereof at time of trial.

4

**COMPLAINT FOR DAMAGES**

## SECOND CAUSE OF ACTION

**[FOR BREACH OF WARRANTY AGAINST DEFENDANTS FORTOP BIKE ACCESSORIES, AMAZON.COM, INC., TWINKLE, INNOLIFE, AND DOES 1 TO 25, INCLUSIVE]**

19. Plaintiffs re-allege and hereby incorporate by reference all allegations contained in paragraphs 1 through 18, as though fully set forth herein.

20. Prior to the time of the subject incident, the Defendants FORTOP BIKE ACCESSORIES, AMAZON.COM, INC., TWINKLE, INNOLIFE, and DOES 1 to 25, INCLUSIVE, and each of them, impliedly warranted to members of the public, including plaintiffs, that the subject Baby Bike Seat and/or its component parts was or merchantable quality.

21. Members of the consuming public, including consumers such as Plaintiffs EMMA MARTINEZ, SIMON MARTINEZ, and ARELY MARTINEZ were intended third-party beneficiaries of the implied warranty of merchantability.

22. Plaintiffs SIMON MARTINEZ, ARELY MARTINEZ, and EMMA MARTINEZ, a minor, relied on the skill and judgment of Defendants FORTOP BIKE ACCESSORIES, AMAZON.COM, INC., TWINKLE, INNOLIFE, and DOES 1 to 25, INCLUSIVE, and each of them, in the selection and use of the subject Baby Bike Seat and/or its component parts as a safe and reliable means of transporting a baby.

23. The subject Baby Bike Seat and/or its component parts were not of merchantable quality as warranted by Defendants FORTOP BIKE ACCESSORIES, AMAZON.COM, INC., TWINKLE, INNOLIFE, and DOES 1 to 25, INCLUSIVE, and each of them, in that it was defectively designed, thereby exposing the users of said Baby Bike Seat and/or its component parts and those around it to serious injury.

24. After EMMA MARTINEZ sustained this physical injury and SIMON MARTINEZ and ARELY MARTINEZ sustained the associated emotional pain and injuries associated therewith, notice was given by Plaintiffs to Defendants FORTOP BIKE ACCESSORIES, AMAZON.COM, INC., TWINKLE, INNOLIFE, and DOES 1 to 25, INCLUSIVE, and each of them, by filing this lawsuit in the time and in the manner and in the form prescribed by law of the breach of said implied warranty.

25. As a direct and proximate cause of the defendant's breach of said implied warranty, Plaintiffs were injured in their health, strength and activity, sustaining severe and debilitating injuries to their bodies, and sock injuries to their nervous systems and persons as described more fully above, all

5

**COMPLAINT FOR DAMAGES**

of which said injuries have caused and continue to cause the Plaintiffs great physical, mental, and nervous pain and suffering. Plaintiffs are informed and believe and thereupon allege that said injuries will result in permanent disability to Plaintiff

26. As a direct and proximate result of the events, as aforesaid, the Plaintiffs were hurt in their health, strength and activity, and sustained severe shock and injuries to several parts of their bodies, all of which said injuries have caused, continue to cause, and will in the future cause Plaintiffs great physical and emotional pain and suffering; Plaintiffs are informed and believe, and therefore allege, that said injuries are permanent in nature, all to their damage in a sum according to proof.

27. As a direct and proximate result of the events, as aforesaid, Plaintiffs EMMA MARTINEZ, ARELY MARTINEZ, and SIMON MARTINEZ have been required to obtain medical services, medication and drugs, hospitalization and various sundry items, both present and future; Plaintiffs have suffered loss of earnings, both present and future; and that the exact amounts thereof are at this time unknown to Plaintiffs, who therefore asks leave to prove, and if required by the Court, to amend this Complaint to show the exact amounts thereof at time of trial.

### THIRD CAUSE OF ACTION

### [FOR NEGLIGENCE AGAINST DEFENDANTS FORTOP BIKE ACCESSORIES, AMAZON.COM, INC., TWINKLE, INNOLIFE, AND DOES 1 TO 25, INCLUSIVE]

28. Plaintiffs re-allege and hereby incorporate by reference all allegations contained in paragraphs 1 through 27, as though fully set forth herein.

29. Plaintiffs are informed and believe and thereupon allege that at all times mentioned herein, Defendants FORTOP BIKE ACCESSORIES, AMAZON.COM, INC., TWINKLE, INNOLIFE, and DOES 1 to 25, INCLUSIVE, and each of them, intended that the Baby Bike Seat would be purchased and used to transport babies during bike travel. These defendants knew or should have known that the Baby Bike Seat was not safe for its intended use and purpose and without inspecting it for defects. At the time that it was used by Plaintiffs SIMON MARTINEZ, ARELY MARTINEZ, and EMMA MARTINEZ, a minor, the subject Baby Bike Seat was unsafe and unreasonably dangerous for their foreseeable uses.

30. Defendants FORTOP BIKE ACCESSORIES, AMAZON.COM, INC., TWINKLE, INNOFLIFE, and DOES 1 to 25, INCLUSIVE, and each of them, failed to use reasonable care in manufacturing, fabricating, designing, assembling, distributing, buying, selling, repairing, inspecting,

6

COMPLAINT FOR DAMAGES

Exhibit A
Page 17

maintaining, marketing, warranting, modifying, testing, altering, and/or advertising the subject Baby Bike Seat, such that it was dangerous and defective.

31. As a direct and proximate result of the events, as aforesaid, Plaintiffs EMMA MARTINEZ, SIMON MARTINEZ, and ARELY MARTINEZ were hurt in their health, strength and activity, sustaining severe shock and injuries to several parts of their bodies, all of which said injuries have caused, continue to cause, and will in the future cause Plaintiffs great physical and emotional pain and suffering; Plaintiffs are informed and believe, and therefore allege, that said injuries are permanent in nature, all to their damage in a sum according to proof.

32. As a direct and proximate result of the events, as aforesaid, Plaintiffs EMMA MARTINEZ, SIMON MARTINEZ, and ARELY MARTINEZ have been required to obtain medical services, medication and drugs, hospitalization and various sundry items, both present and future; and that the exact amounts thereof are at this time unknown to Plaintiffs, who therefore asks leave to prove, and if required by the Court, to amend this Complaint to show the exact amounts thereof at time of trial.

## THIRD CAUSE OF ACTION

### [FOR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS AGAINST DEFENDANTS FORTOP BIKE ACCESSORIES, AMAZON.COM, INC., TWINKLE, INNOLIFE, AND DOES 1 TO 25, INCLUSIVE]

33. Plaintiffs re-allege and hereby incorporate by reference all allegations contained in paragraphs 1 through 32, as though fully set forth herein.

34. Plaintiffs EMMA MARTINEZ, SIMON MARTINEZ, and ARELY MARTINEZ suffered serious emotional distress as a result of perceiving the injuries sustained by EMMA MARTINEZ on or about October 18, 2022, as depicted above.

35. SIMON MARTINEZ and ARELY MARTINEZ were each physically present at the scene when EMMA MARTINEZ, a minor, was caused to sustain physical injuries and damages on October 18, 2022.

36. At the time of the sustained injuries, SIMON MARTINEZ and ARELY MARTINEZ were aware that the accident was causing EMMA MARTINEZ's injuries at the time.

37. Plaintiffs SIMON MARTINEZ and ARELY MARTINEZ suffered serious emotional distress due to seeing their daughter be injured by the Baby Bike Seat.

7

**COMPLAINT FOR DAMAGES**

38. Defendants FORTOP BIKE ACCESSORIES, AMAZON.COM, INC., TWINKLE, and INNOLIFE's conduct was a substantial factor in causing Plaintiffs SIMON MARTINEZ and ARELY MARTINEZ' serious emotional distress.

39. As a direct and proximate result of the events, as aforesaid, Plaintiffs EMMA MARTINEZ, SIMON MARTINEZ, and ARELY MARTINEZ were hurt in their health, strength and activity, sustaining severe shock and emotional and mental anguish and distress, all of which said injuries have caused, continue to cause, and will in the future cause Plaintiffs great emotional pain and suffering; the plaintiffs are informed and believe, and thereon allege that said injuries are permanent in nature, all to their damage in a sum according to proof.

WHEREFORE, the Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. Against Defendants, and each of them, for general damages in a sum according to proof;

2. Against Defendants, and each of them, for special damages for medical services, medication and drugs, hospitalization, various sundry items, loss of earnings, property damage and loss of use thereof, as may be alleged and proved at time of trial;

3. Against Defendants, and each of them, for severe and debilitating emotional distress,

3. Against Defendants, and each of them, for costs of suit herein incurred, and

4. Against Defendants, and each of them, for such other relief as the Court may see fit and proper;

Dated: October 15, 2024

LAW OFFICES OF SHARONA ESLAMBOLY HAKIM

By: _____

Geoffrey Kasler, Esq.
Attorney for Plaintiffs
EMMA MARTINEZ, SIMON MARTINEZ, and ARELY MARTINEZ

8

**COMPLAINT FOR DAMAGES**

Electronically FILED by Superior Court of California, County of Riverside on 10/16/2024 12:10 PM
Case Number CVRI2406032 0000108374470 - Jason B. Galkin, Executive Officer/Clerk of the Court By Melinda Criel, Clerk

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

☐ **BANNING** 311 E. Ramsey St., Banning, CA 92220
☐ **BLYTHE** 265 N. Broadway, Blythe, CA 92225
☐ **CORONA** 505 S. Buena Vista, Rm. 201, Corona, CA 92882
☐ **MORENO VALLEY** 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553

☐ **MURRIETA** 30755-D Auld Rd., Suite 1226, Murrieta, CA 92563
☐ **PALM SPRINGS** 3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262
☑ **RIVERSIDE** 4050 Main St., Riverside, CA 92501

**RI-CI032**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number and Address) | FOR COURT USE ONLY |
|---|---|
| Sharona Eslamboly Hakim, Esq. SBN: 180998<br>Law Offices of Sharona Eslamboly Hakim<br>8730 Wilshire Blvd., Suite 500<br>Beverly Hills CA 90211<br>TELEPHONE NO: (310) 289-9100    FAX NO. (Optional): (310) 289-9101<br>E-MAIL ADDRESS (Optional): geoffrey@sehlawfirm.com<br>ATTORNEY FOR (Name): EMMA MARTINEZ, SIMON MARTINEZ, and ARELY MARTINEZ | |

| | |
|---|---|
| PLAINTIFF/PETITIONER: EMMA MARTINEZ, a minor by and through her Guardian Ad Litem, SIMON MARTINEZ; SIMON MARTINEZ, as an individual, and ARELY MARTINEZ | |
| DEFENDANT/RESPONDENT: FORTOP BIKE ACCESSORIES, AMAZON.COM, INC., TWINKLE, INNOLIFE, AND DOES 1 TO 25, INCLUSIVE | CASE NUMBER:<br>CVRI2406032 |

## CERTIFICATE OF COUNSEL

The undersigned certifies that this matter should be tried or heard in the court identified above for the reasons specified below:

☑ The action arose in the zip code of: 92223 _____

☐ The action concerns real property located in the zip code of: _____

☐ The Defendant resides in the zip code of: _____

For more information on where actions should be filed in the Riverside County Superior Courts, please refer to Local Rule 3115 at www.riverside.courts.ca.gov.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date    October 15, 2024 _____

Sharona Eslamboly Hakim, Esq. _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)

► _____
(SIGNATURE)

Page 1 of 1

Approved for Mandatory Use
Riverside Superior Court
RI-CI032 [Rev. 07/15/21]

**CERTIFICATE OF COUNSEL**

Local Rule 3117
riverside.courts.ca.gov/localfrms/localfrms.shtml

Exhibit A
Page 20

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:**   CVRI2406032

**Case Name:**   MARTINEZ vs FORTOP BIKE ACCESSORIES

## NOTICE OF DEPARTMENT ASSIGNMENT

The above entitled case is assigned to the Honorable O.G. Magno in Department 7  for All Purposes.

Any disqualification pursuant to CCP section 170.6 shall be filed in accordance with that section.

The court follows California Rules of Court, Rule 3.1308(a)(1) for tentative rulings (see Riverside Superior Court Local Rule 3316).  Tentative Rulings for each law and motion matter are posted on the internet by 3:00 p.m. on the court day immediately before the hearing at http://riverside.courts.ca.gov/tentativerulings.shtml.  If you do not have internet access, you may obtain the tentative ruling by telephone at (760) 904-5722.

To request oral argument, you must (1) notify the judicial secretary at (760) 904-5722 and (2) inform all other parties, no later than 4:30 p.m. the court day before the hearing.  If no request for oral argument is made by 4:30 p.m., the tentative ruling will become the final ruling on the matter effective the date of the hearing.

The filing party shall serve a copy of this notice on all parties.

|  | Interpreter services are available upon request.  If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter.  All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
|---|---|
| | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided.  Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation.  A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation.  (Civil Code section 54.8.) |

Dated: 10/29/2024

JASON B. GALKIN,
Court Executive Officer/Clerk of the Court

by:  _M. Criel_

M. Criel, Deputy Clerk

CI-NODACV
(Rev. 02/16/21)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:**    CVRI2406032

**Case Name:**    MARTINEZ vs FORTOP BIKE ACCESSORIES

GEOFFREY KASLER
8730 WILSHIRE BOULEVARD SUITE 500
Beverly Hills, CA 90211

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 04/28/2025 | 8:30 AM | Department 7 |
| Location of Hearing: | | |
| 4050 Main Street, Riverside, CA 92501 | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case. CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases. Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing. Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-766-6465 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak. It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

CI-NOCMC
(Rev. 03/02/22)




| | Interpreter services are available upon request. If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
| --- | --- |
| | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8.) |

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding. In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence. Such correspondence is deposited in the outgoing mail of the Superior Court. Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business. I certify that I served a copy of the Notice of Case Management Conference on this date, by depositing said copy as stated above.

Dated: 10/29/2024

JASON B. GALKIN,
Court Executive Officer/Clerk of the Court

by: _M. Criel_ (signature)

M. Criel, Deputy Clerk

CI-NOCMC
(Rev. 03/02/22)

Exhibit A
Page 23

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:**    CVRI2406032

**Case Name:**    MARTINEZ vs FORTOP BIKE ACCESSORIES

SIMON MARTINEZ

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 04/28/2025 | 8:30 AM | Department 7 |
| Location of Hearing: | | |
| 4050 Main Street, Riverside, CA 92501 | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case. CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases. Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing. Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-766-6465 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak. It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

CI-NOCMC
(Rev. 03/02/22)

Exhibit A
Page 24




| Interpreter services are available upon request. If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
| Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8.) |

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding. In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence. Such correspondence is deposited in the outgoing mail of the Superior Court. Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business. I certify that I served a copy of the Notice of Case Management Conference on this date, by depositing said copy as stated above.

Dated: 10/29/2024

JASON B. GALKIN,
Court Executive Officer/Clerk of the Court

by: M. Criel, Deputy Clerk

C1-NOCMC
(Rev. 03/02/22)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:**    CVRI2406032

**Case Name:**    MARTINEZ vs FORTOP BIKE ACCESSORIES

FORTOP BIKE ACCESSORIES

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 04/28/2025 | 8:30 AM | Department 7 |
| Location of Hearing:<br>4050 Main Street, Riverside, CA 92501 | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case.  CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases.  Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing.  Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-766-6465 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak.  It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

CI-NOCMC
(Rev. 03/02/22)

Exhibit A
Page 26

 

| | |
|---|---|
| | Interpreter services are available upon request. If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
| | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8.) |

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding. In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence. Such correspondence is deposited in the outgoing mail of the Superior Court. Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business. I certify that I served a copy of the Notice of Case Management Conference on this date, by depositing said copy as stated above.

Dated: 10/29/2024

JASON B. GALKIN,
Court Executive Officer/Clerk of the Court

by: _____

M. Criel, Deputy Clerk

CI-NOCMC
(Rev. 03/02/22)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:**    CVRI2406032

**Case Name:**    MARTINEZ vs FORTOP BIKE ACCESSORIES

ARELY MARTINEZ

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 04/28/2025 | 8:30 AM | Department 7 |
| Location of Hearing: 4050 Main Street, Riverside, CA 92501 | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case. CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases. Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing. Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-766-6465 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak. It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

CI-NOCMC
(Rev. 03/02/22)

Exhibit A
Page 28

|  | Interpreter services are available upon request. If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
|  | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8.) |

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding. In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence. Such correspondence is deposited in the outgoing mail of the Superior Court. Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business. I certify that I served a copy of the Notice of Case Management Conference on this date, by depositing said copy as stated above.

Dated: 10/29/2024

JASON B. GALKIN,
Court Executive Officer/Clerk of the Court

by: _M. Criel_

M. Criel, Deputy Clerk

CI-NOCMC
(Rev. 03/02/22)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:**    CVRI2406032

**Case Name:**    MARTINEZ vs FORTOP BIKE ACCESSORIES

AMAZON.COM, INC.

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 04/28/2025 | 8:30 AM | Department 7 |
| Location of Hearing: 4050 Main Street, Riverside, CA 92501 | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case.  CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases.  Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing.  Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-766-6465 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak.  It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

CJ-NOCMC
(Rev. 03/02/22)

Exhibit A
Page 30

|  | Interpreter services are available upon request. If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
|  | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8.) |

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding. In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence. Such correspondence is deposited in the outgoing mail of the Superior Court. Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business. I certify that I served a copy of the Notice of Case Management Conference on this date, by depositing said copy as stated above.

Dated: 10/29/2024

JASON B. GALKIN,
Court Executive Officer/Clerk of the Court

by: _M Criel_

M. Criel, Deputy Clerk

CI-NOCMC
(Rev. 03/02/22)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:**    CVRI2406032

**Case Name:**    MARTINEZ vs FORTOP BIKE ACCESSORIES

TWINKLE

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 04/28/2025 | 8:30 AM | Department 7 |
| Location of Hearing: 4050 Main Street, Riverside, CA 92501 | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case.  CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases.  Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing.  Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-766-6465 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak.  It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

CI-NOCMC
(Rev. 03/02/22)

Exhibit A
Page 32




| | Interpreter services are available upon request. If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
|---|---|
| | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8.) |

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding. In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence. Such correspondence is deposited in the outgoing mail of the Superior Court. Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business. I certify that I served a copy of the Notice of Case Management Conference on this date, by depositing said copy as stated above.

Dated: 10/29/2024

JASON B. GALKIN,
Court Executive Officer/Clerk of the Court

by: _M Criel_

M. Criel, Deputy Clerk

CI-NOCMC
(Rev. 03/02/22)

Exhibit A
Page 33

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:**    CVRI2406032

**Case Name:**    MARTINEZ vs FORTOP BIKE ACCESSORIES

INNOLIFE

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 04/28/2025 | 8:30 AM | Department 7 |
| Location of Hearing: | | |
| 4050 Main Street, Riverside, CA 92501 | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case. CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases. Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing. Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-766-6465 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak. It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

CI-NOCMC
(Rev. 03/02/22)

Exhibit A
Page 34




| | Interpreter services are available upon request. If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
| --- | --- |
| | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8.) |

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding. In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence. Such correspondence is deposited in the outgoing mail of the Superior Court. Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business. I certify that I served a copy of the Notice of Case Management Conference on this date, by depositing said copy as stated above.

Dated: 10/29/2024

JASON B. GALKIN,
Court Executive Officer/Clerk of the Court

by: M Criel

M. Criel, Deputy Clerk

CI-NOCMC
(Rev. 03/02/22)

Notice has been printed for the following Firm/Attorneys or Parties: CVRI2406032

KASLER, GEOFFREY                          MARTINEZ, SIMON
8730 WILSHIRE BOULEVARD SUITE 500
Beverly Hills, CA 90211
                                          MARTINEZ, ARELY

FORTOP BIKE ACCESSORIES
                                          TWINKLE

AMAZON.COM, INC.


INNOLIFE

---

Exhibit A
Page 36